The People of the State of New York, Respondent, v. Joseph Callahan, Appellant, Impleaded,

etc.—Judgment and conviction affirmed and proceedings remitted to the Court of Sessions of Chautauqua county. Opinion by Bradley, J.; Barker, J., not present.